CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 10 2007

JOHN F. CORCORAN, CLERK
BY: /s/ HMcDonald
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LARRY RAY JOHNSON, #101523, )<br>    Plaintiff, ) | Civil Action No. 7:07cv00217 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| J DEEL, et al., ) | By: Hon. Jackson L. Kiser |
|     Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this case is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g). The matter shall be stricken from the active docket of the court, and any pending motions are **DENIED as MOOT**.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 10th day of May, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge